MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
Counsel for Wage and Hour
JENNIFER L. STA.ANA
Trial Attorney (Cal. Bar No. 307977)
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7767
Fax: (415) 625-7772
Email: staana.jennifer.l@dol.gov

*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTINENTAL FLORAL LLC, a Washington corporation; JIM MILGARD, JR., an individual; and SCOTT SCHAUER, an individual,<br><br><br>    Defendants. | Case No.<br><br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT AND MIGRANT AND SEASONAL AGRICULTURAL WORKER PROTECTIONS ACT** |

COMPLAINT
Case No.

-1-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

# INTRODUCTION

The holiday season rings in temporary seasonal employment to mass produce décor, like wreaths, garland, and boughs of holly, to deck the halls of homes across the nation. Amid the demands of this busy holiday season, the nation's laws stand to protect the workers of such seasonal labor. The Fair Labor Standards Act ("FLSA" or "Act") requires employers to pay employees an overtime premium of one-and-a-half times the regular rate of pay for all hours worked over forty in a workweek. The H-2B provisions of the Immigration and Nationality Act ("INA") require employers to comply with the FLSA and the FLSA's overtime provisions. The Migrant and Seasonal Agricultural Worker Protection Act ("MSPA") requires an agricultural employer to pay migrant agricultural workers their wages when due, as well as provide the safe transport and housing of workers when provided by the employer.

Contrary to these requirements, Defendants Continental Floral LLC, Jim Milgard, Jr., and Scott Schauer (collectively, "Defendants") denied their employees overtime premiums despite working for more than 40 hours during the workweek, failed to provide workers with safe transportation to and from the worksite, failed to provide safe and healthy housing for migrant workers, and failed to disclose the required details of employment to workers under federal law. Defendants have harmed not only their own employees, but also law-abiding employers who face unfair competition in the marketplace due to Defendants' illegal practices. The Acting Secretary brings this case to recover the wages owed to Defendants' employees, to enjoin future violations, and to protect the significant public interest at stake.

# NATURE OF THE ACTION

1.    Plaintiff Julie A. Su, Acting Secretary of Labor for the United States Department of Labor (the "Acting Secretary"), is charged with enforcing the FLSA to eliminate "labor conditions

COMPLAINT
Case No.

-2-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

1  detrimental to the maintenance of the minimum standard of living necessary for health, efficiency,

2  and general well-being of workers[.]" 29 U.S.C. § 202(a).

3       2.       She is also charged with enforcing the H-2B provisions of Section 214(c)(1) of the

4  Immigration and Naturalization Act ("INA"), 8 U.S.C. § 1184(c)(1), and its implementing

5  regulations to recover unpaid wages under the FLSA. *See* 20 C.F.R. § 655, Subpart A, and § 503.

6       3.       The Acting Secretary is further charged under MSPA to "remove the restraints

7  on commerce caused by activities detrimental to migrant and seasonal agricultural workers . .

8  . and to assure necessary protections for migrant and seasonal agricultural workers," including

9  ensuring proper and timely payment of wages earned. 29 U.S.C. §§ 1801, 1822(a).

10      4.       In bringing actions under the FLSA, INA, and MSPA, the Acting Secretary

11 represents not only the interest of the individual employees affected by the employer's

12 violations of the law, but also the broader public interest, including the interests of law-

13 abiding employers whose ability to compete is harmed by employers who pay their

14 employees unlawful wages.

15      5.       In this case, the Acting Secretary seeks to enjoin Defendants from violating the

16 requirements of the FLSA and MSPA under Section 17 of the FLSA, 29 U.S.C. § 217, and

17 Section 502 of MSPA, 29 U.S.C. § 1852(a); *see also* 29 C.F.R. § 500.140(c).

18                          **JURISDICTION AND VENUE**

19      6.       This Court has jurisdiction over this action under Section 17 of the FLSA, 29

20 U.S.C. § 217 (injunction proceeding to restrain violations of Section 15 of the Act); Section

21 502 of the MSPA, 29 U.S.C. § 1852; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. §

22 1345 (United States as Plaintiff).

23

24

COMPLAINT
Case No.                                        -3-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

7.     Venue lies in the Western District of Washington pursuant to 28 U.S.C. § 1391(a) because Defendant Continental Floral resides in Shelton, Washington.

## DEFENDANTS ARE EMPLOYERS SUBJECT TO THE FLSA AND MSPA

8.     Defendant Continental Floral LLC, also known as Continental Floral Greens, ("Continental Floral") is a corporation organized and existing under the laws of Washington, with its principal place of business at 681 E. Johns Prairie Road, Shelton, Washington 98584. Continental Floral harvests and procures floral greens and uses them to produce various products such as wreaths, garland, table centerpieces, decorative products, greenery for bouquets, and other floral greens. Continental Floral sells its products across the United States, with operations in California, Washington, Oregon, and Florida, selling products, particularly for the winter holiday season, to retailers such as Costco, Trader Joes, Kroger, Ahold, Fresh Market, Publix, and others. To provide these products, Continental Floral employs workers, including the employees named in **Exhibit A**, who were harvesters engaged in the cutting of natural greens in the forest grown on Continental Floral property for shipment to Continental Floral's several production facilities located in Toutle, Washington; Belfair, Washington; Shelton, Washington; and Forest Grove, Oregon. Continental Floral employees, including those listed in **Exhibit A**, were also production workers engaged in the manufacture of wreaths, garland, and other products involving greens, or sorted, stored, and shipped the company's products.

9.     Defendant Jim Milgard, Jr. ("Milgard"), who also goes by James Milgard, Jr., is the founder, sole owner, and Chief Executive Officer of Continental Floral. At all relevant times, Milgard acted directly or indirectly in the interest of Continental Floral in relation to its employees, including hiring, firing, and supervising employees, and determining other employment decisions. As a result, he is individually liable as an employer under Section 3(d) of

COMPLAINT
Case No.

-4-

1    the FLSA, 29 U.S.C. § 203(d), for back wages and liquidated damages owed to Continental

2    Floral's employees.

3         10.    Defendant Scott Schauer is the General Manager of Continental Floral's Pacific

4    Northwest operations. Schauer directly and indirectly hired employees as the authorized

5    representative for Continental Floral in all labor certification matters workers involved in this

6    suit as he is listed as the main point of contact for Continental Floral in the Temporary

7    Employment Certifications (Form ETA-9142B or "TEC") that brought the workers into the

8    United States to work for Continental Floral. Schauer signed the Employer Declaration to

9    Form ETA-9142B, certifying under penalty of perjury that Continental Floral will, along with

10   other terms, comply with all applicable provisions of the FLSA and will not place any H-2B

11   workers employed under the TECs outside the area of intended employment or in a job

12   classification not listed on the TEC unless it had obtained a new approved Form ETA-9142B.

13   In determining core employment decisions, Schauer is individually liable as an employer

14   under Section 3(d) of the FLSA, 29 U.S.C. § 203(d), for back wages and liquidated damages

15   owed to Continental Floral's employees.

16        11.    Defendants are agricultural employers as defined by 29 U.S.C. § 1802(2) as

17   they are a corporation and persons who own and operate a farm, processing establishment,

18   and packing shed, and who recruit, solicit, hire, and employ migrant agricultural workers to

19   handle, plant, pack, and process products prior to delivery for storage of agricultural or

20   horticultural commodities in its unmanufactured state. As a result, Defendants are liable as an

21   agricultural employer under 29 U.S.C. § 1822(a) to pay wages owed to Continental Floral's

22   employees.

23

24

1

2

**DEFENDANTS' EMPLOYEES ARE ENTITLED TO**

**THE WAGES AND PROTECTIONS OF THE FLSA AND MSPA**

3      12.      At all relevant times, Milgard and Schauer operated and controlled Continental

4  Floral for the common business purposes of providing products harvested and manufactured with

5  greens across the United States, including in, but not limited to, California, Washington, Oregon,

6  and Florida. As a result, Continental Floral is and has been an "enterprise," as defined in Section

7  3(r) of the FLSA, § 29 U.S.C. § 203(r), with business activities that are related and performed

8  through unified operation or common control for a common business purpose.

9      13.      At all relevant times, two or more Continental Floral employees regularly and

10 routinely handled or otherwise worked on goods or materials that have moved in or have been

11 produced for commerce, including (1) cutting natural greens on Continental Floral property,

12 (2) shipping the greens to Continental Floral's production facilities including, but not limited

13 to, Toutle, Washington; Belfair, Washington; Shelton, Washington; and Forest Grove,

14 Oregon,  (3) manufacturing wreaths, garland, and other decorative products involving greens,

15 and (4) sorting, storing, and shipping the manufactured products to retailers across the United

16 States. At all relevant times, Continental Floral had a gross annual revenue of over

17 $1,000,000.00. As a result, Continental Floral is and has been engaged in commerce or in the

18 production of goods for commerce within the meaning of Section 3(s)(1)(A) of the FLSA, 29

19 U.S.C. § 203(s)(1)(A), in that Continental Floral, at all relevant times, had employees

20 engaged in commerce or in the production of goods for commerce, or employees handling,

21 selling, or otherwise working on goods or materials that have been moved in or produced for

22 commerce, and had an annual gross volume of sales of not less than $500,000.00.

23

24

1  14. At all relevant times, Continental Floral employees identified in **Exhibit A** engaged

2 in agricultural employment, defined by 29 U.S.C. § 1802(3) as employment in any service or

3 activity including within the provisions of Section 3(f) of the FLSA, 29 U.S.C. § 203(f), or

4 Section 3121(g) of the Internal Revenue Code, 26 U.S.C. § 3121(g), and the handling,

5 planting, packing, packaging, or processing prior to delivery for storage of any agricultural or

6 horticultural commodity, such as greens, in its unmanufactured state. These employees

7 engaged in agricultural employment of a seasonal or other temporary nature and were

8 required to be absent overnight from their permanent residence since they were brought to

9 work in the United States for Continental Floral through approved TECs completed and

10 signed by Schauer. *See* 29 U.S.C. § 1802(8).

11       <u>**FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS**</u>

12  15. On or around August 3-10, 2022, Continental Floral secured three Temporary

13 Employment Certifications ("TECs") to solicit, recruit, and employ over 500 H-2B workers at

14 Continental Floral's Pacific Northwest operations for the 2022 Fall and Winter season with

15 the following details:

16 • Contract 1 (H-400-22186-332556)
  o Number of workers requested/certified: 60
17  o Occupational title: Floral Designers
  o Number of hours per week/work schedule: 40 hours per week. Monday-Friday
18   from 7:00am to 4:00pm
  o Rate of pay: $16.18
19  o Place of employment: Belfair, WA (Western Washington nonmetropolitan area)

20 • Contract 2 (H-400-22186-332608)
  o Number of workers requested/certified: 367
21  o Occupational title: Floral Designers
  o Number of hours per week/work schedule: 40 hours per week. Monday-Friday
22   from 7:00am to 4:00pm
  o Rate of pay:  $16.18
23  o Place of employment: Shelton, WA (Western Washington nonmetropolitan area)

24

COMPLAINT
Case No.

-7-

- Contract 3 (H-400-22186-332576)
  - Number of workers requested/certified: 110
  - Occupational title: Floral Designers
  - Number of hours per week/work schedule: 40 hours per week. Monday-Friday from 7:00am to 4:00pm
  - Rate of pay: $15.57
  - Place of employment: Forest Grove, OR (Portland-Vancouver-Hillsboro, OR-WA)

16.     Continental Floral remained silent on providing H-2B workers with housing and transportation to and from Continental Floral's worksites in the aforementioned TECs.

17.     On November 2, 2022, a Continental Floral employee, without a designated medical certification as required by 29 C.F.R. § 500.105, transported workers eastbound on the highway towards one of Continental Floral's worksites. The driver swerved off-course, crossing the center lane of the highway and across the westbound lane and shoulder. The vehicle halted only once it struck a tree. Four individuals sustained serious injuries, including one worker that required surgery on the same day as the accident, and another that required surgery on the following day. One employee was so severely injured that they were unable to work for the rest of the employment period under the TEC. On November 7, 2022, Washington State Police cited the driver for Negligent Driving in the 2nd Degree.

18.     Shortly after, the Wage and Hour Division ("WHD") of the United States Department of Labor began investigating possible violations of the safe transportation provisions for workers under the INA, MSPA, and their implementing regulations. The investigation uncovered violations that exceeded beyond the possible factors resulting in the November 2, 2022 accident. The Acting Secretary's investigation resulted in findings of wage, housing, and disclosure violations under the FLSA, MSPA, and their implementing regulations as described below.

COMPLAINT
Case No.

-8-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

19.     First, the Acting Secretary found that workers employed under H-2B Temporary Employment Certifications ("TEC") worked more than the 40 hours per workweek specified in Defendants' TEC Applications. The Acting Secretary found that H-2B workers employed for more than 40 hours per workweek were not paid overtime premiums as required under Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C.§§ 207, 215(a)(2), and H-2B Implementing Regulations under 20 C.F.R. § 655.20(z) and 29 C.F.R. § 503.16(z).

20.     Second, the Acting Secretary found that Defendants did not pay wages owed to workers when due as required by Section 202 of MSPA, 29 U.S.C. § 1822.

21.     Third, the Acting Secretary found that, in violation of Section 401(b), 29 U.S.C. § 1841(b), Defendants provided workers unsafe transportation to a designated worksite, whereby an accident involving workers occurred on November 2, 2022; the vehicle was operated by a driver hired by Defendants and who had no valid medical certificate to operate the vehicle contrary to Section 401(b), 29 U.S.C. § 1841(b).

22.     Fourth, the Acting Secretary found Defendants did not ensure safety and health standards were met regarding the housing offered to workers as required under Section 203 of MSPA, 29 U.S.C. § 1823.

23.     Fifth, the Acting Secretary found that Defendants did not disclose the intended rate of pay, the terms and conditions of transportations offered by Defendants, and the terms of conditions of housing offered by Defendants as required under Sections 201 and 403 of MSPA, 29 U.S.C. §§ 1821, 1843.

24.     The Acting Secretary found that Defendants did not disclose required information in their TEC Applications as required under 29 C.F.R. § 503.16. In particular, despite taking the

COMPLAINT
Case No.

-9-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

following actions once workers began their job duties, Defendants did not disclose the following in their TEC Applications:

        a.   Defendants intended to provide daily transportation to and from worksites;

        b.   Defendants intended to provide housing to workers employed under the TECs;

        c.   Defendants intended to employ workers for hours exceeding those reported on the TEC.

        d.   Defendants intended to pay piece rate wages for particular job duties.

25.     The Acting Secretary brings this action to recover wages owed under the FLSA and MSPA and enjoin Defendants from future violations of these statutes.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

**Failure to Pay Overtime Premiums in Violation of the FLSA**

26.     The Acting Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

27.     Defendants violated and continue to violate Section 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207, 215(a)(2), by paying their employees, engaged in commerce or employed in an enterprise engaged in commerce, less than one and one-half the employee's regular rate of pay for hours worked in excess of forty hours during the workweek.

28.     At all relevant times, Defendants have willfully violated and continue to violate Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207, 215(a)(2). Defendants knew or should have known of the FLSA's overtime requirements but nevertheless employed, and continue to employ, workers without properly compensating them.

COMPLAINT
Case No.

-10-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

## SECOND CLAIM FOR RELIEF

### Failure to Pay Wages When Due in Violation of MSPA

29.     The Acting Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

30.     Defendants violated and continue to violate Section 202(a) of MSPA, 29 U.S.C. § 1822(a), by failing to pay migrant agricultural workers the wages owed to them when due.

31.     At all relevant times, Defendants have willfully violated and continue to violate Section 202(a) of MSPA, 29 U.S.C. § 1822(a). Defendants knew or should have known of MSPA's wage requirements but nevertheless employed, and continue to employ, migrant agricultural workers without properly compensating them.

## THIRD CLAIM FOR RELIEF

### Failure to Provide Safe Transportation Under MSPA

32.     The Acting Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

33.     Defendants violated and continue to violate Section 401(b) of MSPA, 29 U.S.C. 1841(b), by using or causing to be used any vehicle providing transportation of migrant or seasonal agricultural workers without ensuring that such vehicle conforms to the standards of applicable Federal and State safety standards, ensuring that each driver had a valid and appropriate State license to operate the vehicle, ensuring that each driver had a valid medical certificate to operate the vehicle. *See also* 29 C.F.R. §§ 500.104, 500.105, 500.120 to 500.128, 49 C.F.R. §§ 390, 393, 396, and 398.4(b).

34.     At all relevant times, Defendants have willfully violated and continue to violate Section 401(b) of MSPA, 29 U.S.C. § 1841(b). Defendants knew or should have known of

COMPLAINT
Case No.                                   -11-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

1   MSPA's safe transportation requirements but nevertheless used or caused to be used vehicles

2   to transport, and continue to transport, migrant agricultural workers without the required

3   safety provisions under MSPA and its implementing regulations.

4                              **FOURTH CLAIM FOR RELIEF**

5                   **Failure to Provide Safe and Healthy Housing Under MSPA**

6          35.    The Acting Secretary realleges and hereby incorporates by reference the foregoing

7   paragraphs as though fully set forth herein.

8          36.    Defendants violated and continue to violate Section 203 of MSPA, 29 U.S.C. §

9   1823, by failing to provide substantive Federal and State safety and health standards

10  applicable to the housing for migrant agricultural workers in facilities controlled by

11  Defendants, as well as failing to obtain State or local health authority or other appropriate

12  agency's certification, confirming that the facility meets applicable safety and health

13  standards.

14         37.    At all relevant times, Defendants have willfully violated and continue to violate

15  Section 203 of MSPA, 29 U.S.C. § 1823. Defendants knew or should have known of MSPA's

16  safe and healthy housing requirements but nevertheless housed migrant agricultural workers

17  without meeting Federal and State safety and health standards and acquiring the relevant

18  certifications.

19                               **FIFTH CLAIM FOR RELIEF**

20           **Failure to Provide Required Information to Migrant Agricultural Workers**

21         38.    The Acting Secretary realleges and hereby incorporates by reference the foregoing

22  paragraphs as though fully set forth herein.

23

24

COMPLAINT
Case No.                                    -12-

39.     Defendants violated and continue to violate Sections 201 of MSPA, 29 U.S.C. § 1821, by failing to disclose to migrant agricultural workers their place of employment, intended rate of pay, the terms and conditions of transportation offered by Defendants, the terms and conditions of housing offered by Defendants, the basis on which wages are paid, the number of piecework units earned, the number of hours worked, the total pay period earnings, the specific sum withheld and the purpose of each sum withheld, and the net pay.

40.     At all relevant times, Defendants knowingly provided false or misleading information to migrant agricultural workers concerning the terms, conditions, or existence of agricultural employment required to be disclosed by Section 201 of MSPA, 29 U.S.C. § 1821.

**PRAYER FOR RELIEF**

WHEREFORE, good cause having been shown, the Acting Secretary prays for judgment against Defendants as follows:

A.  For an Order under Section 17 of the FLSA, 29 U.S.C. § 217 permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the FLSA, including: Sections 7 and 15(a)(2), 29 U.S.C. §§ 207 and 215(a)(2), and its implementing regulations.

B.  For an Order:

(1) Under Section 16(c) of the FLSA, 29 U.S.C. § 216(c), finding Defendants liable for all wages due, including overtime compensation from November 10, 2019 to the date of trial to Defendants' employees listed in the attached **Exhibit A** and

COMPLAINT
Case No.

-13-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

other employees not presently known to the Acting Secretary, an additional equal amount as liquidated damages, and post-judgment interest; or

(2) In the event liquidated damages are not awarded, under Section 17 of the FLSA, 29 U.S.C. § 217, enjoining and restraining Defendants and their officers, agents, servants, employees and those persons in active concert or participation with Defendants, from withholding payment of unpaid wages found to be due from November 10, 2019 through the date of trial to Defendants' employees, and pre- and post-judgment interest at an appropriate interest rate;

C.  For an Order under Section 502(a) of MSPA, 29 U.S.C. § 1852(a), permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating MSPA, including Sections 201, 202(a), 203, 401(b) of MSPA, 29 U.S.C. §§ 1821, 1822(a), 1823, 1841(b) and its implanting regulations.

D.  For an Order under Section 502(b) of MSPA, 29 U.S.C. § 1852(b), finding Defendants liable for all wages due under MSPA from October 1, 2022 to the date of trial to Defendants' employees listed in the attached **Exhibit A** and other employees not presently known to the Acting Secretary, an additional equal amount as liquidated damages, and post-judgment interest;

E.  For an Order providing such further legal and equitable relief as may be deemed necessary or appropriate, including equitable tolling of (1) the applicable three-year statute of limitations for the Acting Secretary to redress interference with, or delayed detection of, the violations of the FLSA, and (2) any applicable statute of limitations for the Acting Secretary to redress interference with, or delayed detection of, the

COMPLAINT
Case No.

-14-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

1   violations of MSPA, due to Defendants' interference with the Acting Secretary's

2   investigation and Defendants' actions to confuse employees about their rights under the

3   FLSA and MSPA and/or intimidate or coerce them from exercising their rights under

4   the FLSA and MSPA;

5   F.   For an Order awarding the Acting Secretary the costs of this action; and

6   G.   For an Order awarding the Acting Secretary any other relief that the Court deems

7   necessary and appropriate.

8

9   Dated: March 21, 2024

10                                      SEEMA NANDA
                                        Solicitor of Labor
11                                      MARC A. PILOTIN
                                        Regional Solicitor
12                                      ANDREW J. SCHULTZ
                                        Counsel for Wage and Hour
13

14                                      */s/ Jennifer L. Sta.Ana*
                                        JENNIFER L. STA.ANA
15                                      Trial Attorney
                                        *Attorneys for Plaintiff Julie A. Su*
16                                      *Acting United States Secretary of Labor*

17

18

19

20

21

22

23

24

COMPLAINT                          -15-                    US DOL, Office of the Solicitor
Case No.                                                   90 7th Street, Suite 3-700
                                                           San Francisco, CA 94103
                                                           415-625-7767

1

## Exhibit A

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

|     | Last Name | First Name |
|-----|-----------|------------|
| 1   | Acacio Bernal | Angel |
| 2   | Acevedo | Jose A |
| 3   | Acosta Morales | Nicolas |
| 4   | Alanis | Francisco R |
| 5   | Alarcon Alvizurez | Luis A |
| 6   | Albarran Ceron | Henrry |
| 7   | Albarran Iturbide | Diego |
| 8   | Albarran Reza | Jorge |
| 9   | Alvarado | Maria |
| 10  | Alvarenga Escalante | Jairo J |
| 11  | Alvarez | Magdalena |
| 12  | Andasol Servellon | Kevin A |
| 13  | Andasol Servellon | Osmin |
| 14  | Araujo Bernal | Oscar |
| 15  | Arce Servellon | Cristian A |
| 16  | Arciniega Cedillo | Ramiro |
| 17  | Arellano Rodriguez | Luciano Uriel |
| 18  | Arevalo Bonilla | Jose F |
| 19  | Argueta | Rosaura N |
| 20  | Arias Segoria | Alan D |
| 21  | Arimendi Saldana | Miguel A |
| 22  | Arizmendi Arizmendi | Marcos |
| 23  | Arizmendi Delgado | Leandro |
| 24  | Arizmendi Delgado | Jose A |
| 25  | Arizmendi Saldana | Marco A |
| 26  | Arriaga Cruz | Cristian |
| 27  | Arriaga Gonzalez | Yanet |
| 28  | Arriaga Ramirez | Juan |
| 29  | Arriaga Ramirez | Moises |
| 30  | Avila Alvarez | Efrain |
| 31  | Avila Becerra | Candido |
| 32  | Avila Rayon | Armando |
| 33  | Aviles Ovalle | Erik A |
| 34  | Ayala | Eleazar V |
| 35  | Ayala Adan | Bernave |
| 36  | Ayala Escalante | Fausto |
| 37  | Ayala Membreno | Jose H |
| 38  | Ayala Pineda | Fredy A |
| 39  | Ayala Pineda | Henry A |
| 40  | Ayala Pineda | Julio A |

COMPLAINT
Case No.

-16-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 41 | Ayala Reyes | Aaron E |
|----|-------------|---------|
| 42 | Banos Vasquez | Elizabeth |
| 43 | Barcenas Hernandez | Marco Antonio |
| 44 | Becerra Delgado | Juan P |
| 45 | Becerra Guadarrama | Jorge |
| 46 | Becerra Guadarrama | Rene Raymundo |
| 47 | Becerra Serrano | Juan C |
| 48 | Bedolla Bedolla | Gerardo U |
| 49 | Bedolla Molina | Vianey Filiberto |
| 50 | Bedolla Molina | Lorenzo A |
| 51 | Beltran Alberto | Jorge G |
| 52 | Beltran Flores | Vanessa |
| 53 | Beltran Gutierrez | Juan I |
| 54 | Beltran Millan | Jesus Ruben |
| 55 | Bemol Rios | Suriel |
| 56 | Bernabe | Diego F |
| 57 | Bernabe | Ramos B |
| 58 | Bernal Sanchez | Nicolas |
| 59 | Bernardino | Serena |
| 60 | Bernardino Rea | Carlos |
| 61 | Bolanos | Adonis A |
| 62 | Bonilla Ayala | Marcos E |
| 63 | Bonilla Quinteros | Alex |
| 64 | Borjas Hernandez | Candida |
| 65 | Bravo Acacio | Emmanuel A |
| 66 | Bravo Acacio | Juan Alberto |
| 67 | Bravo Bravo | Jesus |
| 68 | Bravo Estrada | Celso O |
| 69 | Bravo Guadarrama | Ricardo |
| 70 | Bravo Reza | Jose Luis |
| 71 | Brito Montes de Oca | Cesar |
| 72 | Burciaga Gurrola | Victor H |
| 73 | Bustos Martinez | Raul |
| 74 | Calles Romero | Gustavo E |
| 75 | Cano Juan | Angelica |
| 76 | Carmona Alarcon | Juan F |
| 77 | Carrillo Pablo | Julian |
| 78 | Castillo Mancillas | Cesar A |
| 79 | Castro Garfias | Arturo |
| 80 | Castro Garfias | Ernesto |
| 81 | Castro Jimenez | Javier Giovani |
| 82 | Castro Ramos | Jhonatan |
| 83 | Castro Villagran | Israel C |

COMPLAINT
Case No.

-17-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 84 | Ceballos Carrasco | Juan Francisco |
|---|---|---|
| 85 | Ceballos Morales | Roberto C |
| 86 | Ceballos Quiroz | Jose Alejandro |
| 87 | Ceja Ceja | Jaime A |
| 88 | Ceron Ceron | Fernando |
| 89 | Ceron Hernandez | Miguel |
| 90 | Chales Matias | Gregoria |
| 91 | Chavez Magos | Jesus |
| 92 | Chavez Magos | Rogelio |
| 93 | Chavez Magos | Rosendo |
| 94 | Chavez Magos | Ruben |
| 95 | Chino Gonzalez | Santos M |
| 96 | Clauel Echeverria | Sinai |
| 97 | Colin Bernal | Juan |
| 98 | Coreas Servellon | Selvin G |
| 99 | Cortes Mendoza | Jose |
| 100 | Cortes Mendoza | Aaron |
| 101 | Cortez Chavez | Ana |
| 102 | Cruz Perez | Delfina |
| 103 | Cruzalta Acacio | Julio C |
| 104 | Curiel Ibarra | Victor |
| 105 | Curiel Ibarra | David |
| 106 | De Luna Serrano | Jose Juan |
| 107 | Diaz | Jonathan |
| 108 | Diaz Arevalo | Melvin A |
| 109 | Diaz Eugenio | Ezequiel |
| 110 | Diaz Eugenio | Jesus |
| 111 | Diaz Eugenio | Isaias |
| 112 | Diaz Gomez | Jose |
| 113 | Diaz Leon | Silvia |
| 114 | Diaz Lopez | Carlos Manuel |
| 115 | Diaz Noveron | Ricardo de Jesus |
| 116 | Diaz Vilchis | Luis Artemio |
| 117 | Dominguez Garcia | Jairo |
| 118 | Dominguez Gomez | Cornelio |
| 119 | Dominguez Gomez | Mario |
| 120 | Dominguez Guadarrama | Angel |
| 121 | Dominguez Guadarrama | Jesus R |
| 122 | Dominguez Lopez | Vicente R |
| 123 | Dominguez Ortiz | Irma Gloria |
| 124 | Dominguez Vara | Francisco |
| 125 | Dominguez Vara | Ascencion C |
| 126 | Dominguez Vara | Gabriel E |

COMPLAINT
Case No.

-18-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| | | |
|---|---|---|
| 127 | Dominguez Vara | Joel |
| 128 | Domnguez Arizmendi | Jovanni Yair |
| 129 | Ensastegui Vazquez | Martin |
| 130 | Escamilla Carbajal | Ismael |
| 131 | Escobar | Eduardo F |
| 132 | Escobar Arriaga | Hever E |
| 133 | Escobar Portillo | Johel |
| 134 | Espinoza Perez | Jose V |
| 135 | Esteban | Lucas G |
| 136 | Esteves Guadarrama | Rigoberto |
| 137 | Esteves Guadarrama | Marco P |
| 138 | Estrada Mendez | Emmanuel |
| 139 | Estrada Ortega | Abel |
| 140 | Estrada Rayon | Adolfo A |
| 141 | Estrada Velazquez | Mara |
| 142 | Estrada Virgen | Jonathan |
| 143 | Eugenio | Adelaida T |
| 144 | Eugenio Castro | Florencia |
| 145 | Ezequiel Millan | Ramiro A |
| 146 | Fernando Gonzalez | Marvin |
| 147 | Figueroa Trujillo | Christian |
| 148 | Flores Elizarraraz | Christopher R |
| 149 | Flores Garcia | Fernando J |
| 150 | Flores Guadarrama | Bryant A |
| 151 | Flores Guadarrama | Jose M |
| 152 | Flores Lara | Jose D |
| 153 | Flores Millan | Ma Del Socorro |
| 154 | Flores Millan | Bernardo |
| 155 | Flores Mondragon | Saul |
| 156 | Flores Mondragon | Rogelio |
| 157 | Flores Mondragon | Sergio Felipe |
| 158 | Flores Ocampo | Luis A |
| 159 | Flores Ramirez | Alejandro |
| 160 | Flores Trujillo | Jose |
| 161 | Francis | Patricia |
| 162 | Francisco Bernabe | Maria |
| 163 | Francisco Membreno | Marvin |
| 164 | Francisco Ramirez | Tomas |
| 165 | Francisco Salvador | Maria |
| 166 | Franco Montes De Oca | Ricardo |
| 167 | Fuentes Fuentes | Cesar |
| 168 | Fuentes Guevara | Jose C |
| 169 | Fuentes Olgil | Edmundo |

COMPLAINT
Case No.

-19-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 170 | Fuentes Orellana | Jose R |
|---|---|---|
| 171 | Fuentes Sanchez | Hugo |
| 172 | Galdamez Galdamez | Jose S |
| 173 | Galdamez Hernandez | Mario A |
| 174 | Galdamez Morales | Cristian G |
| 175 | Galdamez Morales | Jose R |
| 176 | Galdamez Morales | Rudy J |
| 177 | Galdamez Morales | Wilber J |
| 178 | Galdamez Reyes | Reynaldo |
| 179 | Galiano Pastor | Rudy |
| 180 | Gamez Riva | Miguel |
| 181 | Gamez Torres | Melvin A |
| 182 | Gamez Torres | Rutilio S |
| 183 | Gamez Torrez | Jose T |
| 184 | Garcia | Irving Norberto |
| 185 | Garcia | Andres |
| 186 | Garcia | Jose J |
| 187 | Garcia Balderas | Baltazar I |
| 188 | Garcia Barrios | Miguel Angel |
| 189 | Garcia Conde | Belem |
| 190 | Garcia Diaz | Hector M |
| 191 | Garcia Duran | Cleotilde |
| 192 | Garcia Duran | Jesus |
| 193 | Garcia Flores | Martin |
| 194 | Garcia Garcia | Arturo |
| 195 | Garcia Gonzalez | Alan |
| 196 | Garcia Gutierrez | Nallely G |
| 197 | Garcia Iturbe | Alejandro |
| 198 | Garcia Menis | Jose |
| 199 | Garcia Millan | Sergio |
| 200 | Garcia Ponce | Alfredo M |
| 201 | Garcia Ramirez | Agustin |
| 202 | Garcia Ruiz | Alan J |
| 203 | Garcias Gamez | Jose W |
| 204 | Gaspar | Diego B |
| 205 | Genis Ortiz | Gerardo |
| 206 | Gerbasio Esteban | Marcelino S |
| 207 | Gomez Bonilla | Kenedy A |
| 208 | Gomez Lopez | Roberto |
| 209 | Gomez Morales | Francisco |
| 210 | Gonzales | Dylan |
| 211 | Gonzalez | Eulalia |
| 212 | Gonzalez Garcia | Luis A |

COMPLAINT
Case No.

-20-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| | | |
|---|---|---|
| 213 | Gonzalez Garcia | Cristian de Jesus |
| 214 | Gonzalez Gonzalez | Dostim S |
| 215 | Gonzalez Lopez | Pablo |
| 216 | Gonzalez Lopez | Juan |
| 217 | Gonzalez Mendoza | Roberto |
| 218 | Gonzalez Millan | Roberto |
| 219 | Gonzalez Millan | Juan Antonio |
| 220 | Gonzalez Miranda | Alan J |
| 221 | Gonzalez Montes de Oca | Jorge L |
| 222 | Gonzalez Montez de Oca | Edith |
| 223 | Gonzalez Pena | Raul |
| 224 | Gonzalez Perete | Ruben |
| 225 | Gonzalez Ramos | Fortunato M |
| 226 | Gonzalez Salazar | Luis |
| 227 | Gonzalez Santana | Jose F |
| 228 | Gonzalez Santiago | Jesus |
| 229 | Gonzalez Silva | Teresita |
| 230 | Gonzalez Trujillo | Mauricio |
| 231 | Gonzalez Velazquez | Alejandro |
| 232 | Gracida Garcia | Israel |
| 233 | Grande Escobar | Oscar G |
| 234 | Guadalupe Arizmendi | Oscar |
| 235 | Guadarrama Anaya | Josue |
| 236 | Guadarrama de la Luz | Leonel |
| 237 | Guadarrama Estrada | Ignacio |
| 238 | Guadarrama Gomez | Guillermo Mario |
| 239 | Guadarrama Gomez | Giovanni |
| 240 | Guadarrama Guadarrama | Martin D |
| 241 | Guadarrama Lopez | Luis O |
| 242 | Guadarrama M | Carlos |
| 243 | Guadarrama M | Emilio |
| 244 | Guadarrama Mocino | Gustavo |
| 245 | Guadarrama Mondragon | Juan |
| 246 | Guadarrama Rea | Aldo J |
| 247 | Guadarrama Rea | Geovanni G |
| 248 | Guadarrama Rea | Julio Cesar |
| 249 | Guadarrama Soto | Jesus |
| 250 | Guadarrama Tapia | Eduardo E |
| 251 | Guadarrama Tapia | Rafael |
| 252 | Guadarrama Trujillo | Ali David |
| 253 | Guadarrama Trujillo | Cesar |
| 254 | Guadarrama Trujillo | Fernando |
| 255 | Guadarrama Trujillo | Raul |

COMPLAINT
Case No.

-21-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 256 | Guadarrama Villegas | Marco Antonio |
|---|---|---|
| 257 | Guerrero | Maria |
| 258 | Guerrero Espinosa | Elena |
| 259 | Guerrero Lopez | Juan A |
| 260 | Guerrero Lopez | Maria D |
| 261 | Guevara Mendez | Juan A |
| 262 | Guevara Morales | Jose R |
| 263 | Gutierrez Quirino | Alexander |
| 264 | Gutierrez Quirino | Rodrigo |
| 265 | Henriquez Barahona | Rogelio A |
| 266 | Henriquez Callejas | Hugo A |
| 267 | Heredia | Carlos M |
| 268 | Hernandez Alvarez | Alan Leonardo |
| 269 | Hernandez Alverez | Jose A |
| 270 | Hernandez Arroyo | Denia |
| 271 | Hernandez Ayala | Jose W |
| 272 | Hernandez Covarrubias | Emanuel |
| 273 | Hernandez Gonzalez | Pedro |
| 274 | Hernandez Guerrero | Jenrry A |
| 275 | Hernandez Marin | Jose M |
| 276 | Hernandez Martinez | Jose A |
| 277 | Hernandez Mora | David |
| 278 | Hernandez Morales | Alvaro E |
| 279 | Hernandez Morales | Edenilson |
| 280 | Hernandez Romero | Jose I |
| 281 | Hernandez Salas | Ivan |
| 282 | Hernandez Silva | Abel |
| 283 | Hernandez Trujillo | Jose Esteban |
| 284 | Hernandez Trujillo | Juan P |
| 285 | Herrera Garcia | Gabriel |
| 286 | Herrera Garcia | Jose A |
| 287 | Herrera Vara | Leonardo Daniel |
| 288 | Herrera Vera | Antonio |
| 289 | Herrera Vilchis | Francisco |
| 290 | Herrera Villegas | Janeth |
| 291 | Hidalgo | Ernestino C |
| 292 | Hidalgo Gamez | Wilber Y |
| 293 | Ignacio Gonzalez | Leticia |
| 294 | Inaheta Guerrero | Franklin I |
| 295 | Iturbe Fuentes | Alejandro Antonio |
| 296 | Iturbe Macedo | Jose D |
| 297 | Javier Guadarrama | Brayan C |

COMPLAINT
Case No.

-22-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 298 | Jeronimo | Magdalena P |
| 299 | Jeronimo Cruz | Edgar |
| 300 | Jeronimo Cruz | Nicolasa |
| 301 | Jeronimo Pablo | Susana |
| 302 | Jeronimo Pablo | Francisco |
| 303 | Jeronimo Perez | Augusto |
| 304 | Jimenez | Isaias P |
| 305 | Jimenez | Adelaida P |
| 306 | Jimenez Camacho | Hilda |
| 307 | Jimenez Contreras | Eduardo |
| 308 | Jimenez Salazar | Julio Cesar |
| 309 | Jimenez Sanchez | Fortunato |
| 310 | Jimenez Sanchez | Antonio |
| 311 | Joaquin Sanchez | Fortino |
| 312 | Jovel Alfaro | Edgar E |
| 313 | Juan Francisco | Cristobal |
| 314 | Juarez Perez | Danae Jordan |
| 315 | Julian Francisco | Ana |
| 316 | Lachino Arellano | Juan Carlos |
| 317 | Lagunas Ayala | Fredy |
| 318 | Landeros Pedroza | Jesus |
| 319 | Leal Ceballos | Cristian |
| 320 | Leonel Iraheta | Edwar |
| 321 | Lopez | Florentino |
| 322 | Lopez | Luis G |
| 323 | Lopez De La Cruz | Jimmy O |
| 324 | Lopez Gonzalez | Juan |
| 325 | Lopez Guadarrama | Francisco E |
| 326 | Lopez Gutierrez | Santos J |
| 327 | Lopez Lara | Blanca E |
| 328 | Lopez Olivares | Juan |
| 329 | Lopez Portillo | Eliud A |
| 330 | Lorenzo Cano | Juana |
| 331 | Lorenzo Perez | Juana |
| 332 | Lucio Alvarenga | Jayme |
| 333 | Luna Rodriguez | Ernesto F |
| 334 | Machado Olivo | Marcos |
| 335 | Magos Mejia | Gabriela |
| 336 | Mancilla | Luis A |
| 337 | Manzanarez | Lorenzo S |
| 338 | Marcos Pedro | Lorenzo |
| 339 | Martin Bautista | Odilia |
| 340 | Martin Cruz | Santa |

COMPLAINT
Case No.

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| | | |
|---|---|---|
| 341 | Martin Jeronimo | Francisca |
| 342 | Martinez Arizmendi | Luis |
| 343 | Martinez Martinez | Josue A |
| 344 | Martinez Morales | Salomon |
| 345 | Matias Lorenzo | Silvia |
| 346 | Matias Macendonio | Juan |
| 347 | Matias Matias | Simona |
| 348 | Maya Iturbe | Jose J |
| 349 | Medina Cuevas | Magdaleno |
| 350 | Medina Estrada | Alberto Carlos |
| 351 | Medina Landeros | Luis Eduardo |
| 352 | Medina Lopez | Jose I |
| 353 | Medina Medina | Daniel |
| 354 | Mejia Aguilar | Jose M |
| 355 | Mejia Chavez | Jose G |
| 356 | Mejia Chavez | Miguel A |
| 357 | Mejia Mejia | Joel |
| 358 | Mejia Mejia | Cesar |
| 359 | Melara Hernandez | German O |
| 360 | Melo Villalobos | Javier |
| 361 | Membreno | Gilberto |
| 362 | Membreno | Francisco |
| 363 | Membreno Ayala | Edwin |
| 364 | Membreno Sanchez | Alcedis C |
| 365 | Mendez | Jhonaton V |
| 366 | Mendez Beltran | Yonathan C |
| 367 | Mendez Cerna | Jose de Jesus |
| 368 | Mendez Fuentes | Eric Leandro |
| 369 | Mendez Hernandez | Diego Elias |
| 370 | Mendez Hernandez | Levi |
| 371 | Mendez Sotelo | Romualdo B |
| 372 | Mendoza | Cecilia |
| 373 | Mendoza | Araceli |
| 374 | Mendoza | Aric |
| 375 | Mendoza Bernal | Daniel |
| 376 | Mendoza Flores | Diego |
| 377 | Mendoza Mendoza | Leobardo |
| 378 | Mendoza Pablo | Roselia M |
| 379 | Mendoza Ramos | Pablo |
| 380 | Mendoza Sanchez | Roberto |
| 381 | Mesino | Gustavo |
| 382 | Mesino Gonzalez | Smith |
| 383 | Meza | Alejandro |

COMPLAINT
Case No.

-24-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 384 | Miguel | Ana M |
|---|---|---|
| 385 | Millan Garcia | Arturo |
| 386 | Millan Macedo | Julio C |
| 387 | Millan Villegas | Pedro |
| 388 | Miranda Herrera | Marco A |
| 389 | Miranda Martinez | Bernardo |
| 390 | Miranda Martinez | Miguel A |
| 391 | Mondragon Gonzalez | Gonzalo |
| 392 | Mondragon Zagal | Edgar Javel |
| 393 | Mondragon Zagal | Tomas |
| 394 | Mondragon Zagal | Victor Alfonso |
| 395 | Monroy | Cirino N |
| 396 | Montero Albarran | Rosalio |
| 397 | Montero Arizmendi | Jesus |
| 398 | Montero Nieto | Juan A |
| 399 | Montes De Oca | Noe C |
| 400 | Montes De Oca | Jose I |
| 401 | Montes De Oca Ayala | Rodolfo A |
| 402 | Montes De Oca Mondragon | Edmundo |
| 403 | Montes De Oca Mondragon | Joel |
| 404 | Montes De Oca Morales | Cristobal |
| 405 | Montes De Oca Romero | Aldo |
| 406 | Morales Alfaro | Oscar E |
| 407 | Morales Delgado | Luis |
| 408 | Morales Galdamez | Oscar J |
| 409 | Morales Galdamez | William |
| 410 | Morales Garcia | Oscar |
| 411 | Morales Garcia | Angel |
| 412 | Morales Membreno | Jose I |
| 413 | Morales Membreno | Jose N |
| 414 | Morales Morales | Jose T |
| 415 | Morales Morales | Oscar |
| 416 | Morales Torres | Fernando J |
| 417 | Morales Trigueros | David |
| 418 | Morales Trujillo | Martin |
| 419 | Munos Arce | Jose M |
| 420 | Munoz Tobar | Abelardo B |
| 421 | Nava Guadarrama | Miguel A |
| 422 | Nava Mocino | Luis Inocente |
| 423 | Nava Montes de Oca | Manuel H |
| 424 | Nava Pedroza | Jose de Jesus |

COMPLAINT
Case No.

-25-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 425 | Nava Sotelo | Juan Rodrigo |
|-----|-------------|--------------|
| 426 | Navarrete Argueta | Rene |
| 427 | Navarrete Galdamez | Carlos A |
| 428 | Nicanor Baz | Candido |
| 429 | Nieto Arizmendi | Gustavo |
| 430 | Nieto Morales | Benito |
| 431 | Nieto Pedroza | Alfonso A |
| 432 | Orellana | Jose A |
| 433 | Orellana Ramos | Cristian R |
| 434 | Orellana Ramos | Juan C |
| 435 | Oritz Mendoza | Carlos J |
| 436 | Orlando Alvarenga | Gerber |
| 437 | Ortega | Flavio E |
| 438 | Ortega Millan | Emmanuel |
| 439 | Ortega Millan | Antonio d |
| 440 | Ortiz | Israel P |
| 441 | Ortiz Mendoza | Jose E |
| 442 | Ortiz Ortiz | Daniel E |
| 443 | Ortiz Trevino | Juan |
| 444 | Ortiz Zagal | Juan Fernando |
| 445 | Osorio | Byron |
| 446 | Otero Guevara | Denis G |
| 447 | Pablo | Santa |
| 448 | Pablo Lorenzo | Catalina |
| 449 | Pablo Lorenzo | Basilia |
| 450 | Pablo Lucas | Francisca |
| 451 | Pablo Lucas | Rigoberto |
| 452 | Pablo Matias | Nazario |
| 453 | Pablo Matias | Petrona |
| 454 | Pablo Pablo | Andrea |
| 455 | Pablo Pablo | Javier |
| 456 | Pablo Pablo | Carlos |
| 457 | Paniagua Hernandez | Jose D |
| 458 | Parada Ponce | Oscar F |
| 459 | Paredes Loas | Uriel |
| 460 | Pedro Tomas | Felipa |
| 461 | Pedroza | Irving E |
| 462 | Pedroza Flores | Charli G |
| 463 | Pedroza Garcia | Nazario |
| 464 | Pedroza Guadarrama | Jose A |
| 465 | Pedroza Guadarrama | Jorge |
| 466 | Pedroza Guadarrama | Jose L |
| 467 | Pedroza Perez | Alfredo |

COMPLAINT
Case No.

-26-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 468 | Pedroza Rodriguez | Diego |
|---|---|---|
| 469 | Pedroza Rodriguez | German |
| 470 | Pedroza Rodriguez | Jose D |
| 471 | Pedroza Rodriguez | Julio Cesar |
| 472 | Pedroza Rodriguez | Marco Antonio |
| 473 | Pena Manzanares | Faustino |
| 474 | Pena Monroy | Christian |
| 475 | Penaloza | Alfonso G |
| 476 | Penaloza Perete | Alonso |
| 477 | Perete | Pablo O |
| 478 | Perete Perete | Roci |
| 479 | Perez Ceja | Alejandro |
| 480 | Perez Cruz | Elios |
| 481 | Perez Reza | Juan P |
| 482 | Petronilo Ramirez | Antonio |
| 483 | Pina | Carlos |
| 484 | Pineda Gamez | Jose O |
| 485 | Placencia-Villa | Lucinda P |
| 486 | Ponce Amparo | Adan G |
| 487 | Portalez Gonzalez | Jesus |
| 488 | Portillo Lainez | Jose R |
| 489 | Proa Lopez | Camilo A |
| 490 | Puebla Tapia | Antonio |
| 491 | Puga Meniz | Reymundo T |
| 492 | Quintana Hernandez | Oscar L |
| 493 | Quinteros Lopez | Oscar A |
| 494 | Quinteros Villaneva | David D |
| 495 | Quirino Cantar | Nereo |
| 496 | Ramirez | Lucio |
| 497 | Ramirez Alarcon | Luis E |
| 498 | Ramirez Gonzalez | Gerardo |
| 499 | Ramirez Villegas | Erika |
| 500 | Ramos B | Francisco R |
| 501 | Ramos Lopez | Javier E |
| 502 | Ramos Simon | Simon |
| 503 | Ramos Simon | Bernabe |
| 504 | Ramos Torres | Kevin M |
| 505 | Ramos-Perez | Edwin R |
| 506 | Rea Guadarrama | Ivan |
| 507 | Renderos Portillo | Cesar G |
| 508 | Resendiz Fuentes | Juan V |
| 509 | Reyes Aguilar | Juan F |
| 510 | Reyes Arce | Hector A |

COMPLAINT
Case No.

-27-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 511 | Reyes Arce | Jose A |
|---|---|---|
| 512 | Reyes Garcia | Luis Alvaro |
| 513 | Reyes Martinez | Isaac |
| 514 | Reyes Membreno | Jairo M |
| 515 | Reza Andrade | Alejandro |
| 516 | Reza Andrade | Miguel A |
| 517 | Reza Herrera | Juan Enrique |
| 518 | Rivas Cortez | Fabian |
| 519 | Rivas Diaz | Jose P |
| 520 | Rivas Garcia | Juan G |
| 521 | Rivas Morales | Alberto J |
| 522 | Rivas Rodriguez | Guillermo A |
| 523 | Rivera | Olivia R |
| 524 | Rivera Arizmendi | Cristian |
| 525 | Rivera Arizmendi | Jesus Y |
| 526 | Rivera Escobar | Juan F |
| 527 | Rivera Leiva | Osmar D |
| 528 | Rivera Membreno | Josue S |
| 529 | Rivera Rivera | Fredy E |
| 530 | Rizo Vilchis | Karla L |
| 531 | Robledo Tovar | Adrian A |
| 532 | Rodriguez de Luna | Irma A |
| 533 | Rodriguez Diaz Leal | Celestino |
| 534 | Rodriguez Diaz Leal | Clemente C |
| 535 | Rodriguez Martinez | Armando |
| 536 | Rodriguez Navarrete | Marvin A |
| 537 | Rodriguez Ortiz | Silvestre |
| 538 | Rodriguez Rubalcaba | Javier |
| 539 | Roldan Perete | Javier |
| 540 | Romero Garcia | Gilberto |
| 541 | Rosas Pedroza | Cesar A |
| 542 | Rubi Guadarrama | Christian Antonio |
| 543 | Rubi Guadarrama | Eddi Jesus |
| 544 | Rubi Guadarrama | Jorge Alejandro |
| 545 | Rubi Vazquez | Nestor I |
| 546 | Ruiz Gonzalez | Juan Antonio |
| 547 | Salazar | Pedro G |
| 548 | Salazar | Marcelino C |
| 549 | Salazar de Luna | Erik J |
| 550 | Salazar Manzanarez | Cesar |
| 551 | Salazar Roldan | Rolando |
| 552 | Sanchez Arce | Luis Alfredo |

COMPLAINT
Case No.

-28-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| 553 | Sanchez Ayala | Jesus |
|-----|---------------|-------|
| 554 | Sanchez Guadarrama | Petra Y |
| 555 | Sanchez Membreno | Wilmer R |
| 556 | Sanchez Rivera | Angel B |
| 557 | Sanchez Ruiz | Christian E |
| 558 | Sanchez Trujillo | Alberto |
| 559 | Sanchez Trujillo | Alejandro |
| 560 | Sanchez Trujillo | Omar |
| 561 | Sanchez Vilchis | Diego Rafael |
| 562 | Sandoval Ortiz | Miguel A |
| 563 | Sanjuan Duran | Emmanuel |
| 564 | Sarinana Ortiz | Cesar |
| 565 | Sarinana Ortiz | Sergio B |
| 566 | Saul | Juan Simon |
| 567 | Sebastian Juan | Maria |
| 568 | Segura Sanchez | Erik G |
| 569 | Segura Sanchez | Juan Pedro |
| 570 | Serrano Pineda | Jairo A |
| 571 | Serrano Rueda | Diego |
| 572 | Servellon Andasol | Manuel A |
| 573 | Servellon Coreas | Jose L |
| 574 | Servellon Del Cid | Jorge A |
| 575 | Servellon Galdamez | Miguel A |
| 576 | Servellon Galdamez | Pedro |
| 577 | Servellon Garcia | Adonis A |
| 578 | Servellon Rivera | Lorenzo |
| 579 | Solis Rodriguez | Hector R |
| 580 | Sosa Solano | Sandra |
| 581 | Sotelo Alvarez | Jose Juan |
| 582 | Sotelo Garcia | Alfredo |
| 583 | Sotelo Garcia | Elisandro |
| 584 | Sotelo Garcia | Luis Alberto |
| 585 | Sotelo Trujillo | Bulmaro R |
| 586 | Soto Ayala | Jesus Jonathan |
| 587 | Soto Ayala | Martin |
| 588 | Soto Perez | Arturo |
| 589 | Soto Perez | Wilber F |
| 590 | Suarez LLanos | Roberto |
| 591 | Tapia Rodriguez | Jesus |
| 592 | Tapia Vilchis | Cesar Emmanuel |
| 593 | Tapia Vilchis | Juan Carlos |
| 594 | Tapia Vilchis | Pedro R |
| 595 | Temertizo Quirino | Kimberly |

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

| | | |
|---|---|---|
| 596 | Temertizo Quirino | Jenny |
| 597 | Terriquez Rodriguez | Efrain |
| 598 | Tinoco Ayala | David |
| 599 | Toche Sonato | Rogelio |
| 600 | Torres Alvarenga | Enrique A |
| 601 | Torres Morales | Oscar A |
| 602 | Trevino Ortega | Marcelino |
| 603 | Trjuillo Ramirez | Daniel |
| 604 | Trujillo Diaz Leal | Leticia |
| 605 | Trujillo Dominguez | Arnold |
| 606 | Trujillo Flores | Luis F |
| 607 | Trujillo Flores | Miguel Angel |
| 608 | Trujillo Guadarrama | Javier A |
| 609 | Trujillo Guadarrama | Jesus |
| 610 | Trujillo Millan | Jose De Jesus |
| 611 | Trujillo Montero | Mauricio |
| 612 | Trujillo Sanchez | Octavio |
| 613 | Trujillo Sanchez | Raul |
| 614 | Uribe Calderon | Marco A |
| 615 | Urzua Guzman | Ernesto |
| 616 | Valeriano Reyes | Salvador |
| 617 | Vara Meza | Nestor |
| 618 | Vara Olmedo | Benito |
| 619 | Vara Salcedo | Ezequiel |
| 620 | Vara Vara | Antonio Osvaldo |
| 621 | Vasquez | Jose E |
| 622 | Vasquez | Wilfred J |
| 623 | Vasquez Lopez | Diego G |
| 624 | Vasquez Millan | Javier |
| 625 | Vasquez Sanchez | Agustin |
| 626 | Vasquez Vasquez | Jorge A |
| 627 | Vazquez Acacio | Victor M |
| 628 | Vazquez Bernal | Adrian M |
| 629 | Vazquez Bernal | Ramiro |
| 630 | Vazquez Fuentes | Felipe de Jesus |
| 631 | Vazquez Guadarrama | Jesus |
| 632 | Vazquez Perez | Eladia |
| 633 | Vazquez Sanchez | Alberto |
| 634 | Vazquez Trujillo | Ramiro D |
| 635 | Vazquez Vasquez | Irving |
| 636 | Velasco Aldana | Milton |
| 637 | Velasquez | Victor |
| 638 | Velasquez Sanchez | Elmer M |

COMPLAINT
Case No.

-30-

| 639 | Velasquez Trujillo | Jose M |
|---|---|---|
| 640 | Velazquez Dia | Carme |
| 641 | Velsquez Trujillo | German Axel |
| 642 | Vera Castrejon | Luis F |
| 643 | Vera Fuentes | Luis J |
| 644 | Vera Gonzales | Eduardo |
| 645 | Vera Gonzalez | Sandro Emmanuel |
| 646 | Vilchis Lopez | Miguel |
| 647 | Villa Gomez | Ignacio |
| 648 | Villajuarez Diaz Leal | Angel |
| 649 | Villana | Evaristo J |
| 650 | Villana | Gustavo J |
| 651 | Villana | Atanacio I |
| 652 | Villana Pena | Guillermo |
| 653 | Villegas Vilchis | Diego |
| 654 | Villegas Vilchis | Nicasio |
| 655 | Virgen Ponce | Ronaldo |
| 656 | Xum Carrillo | Cristina E |
| 657 | Zabeleta | Erasmo R |
| 658 | Zagal Arizmendi | Raul Jose |
| 659 | Zalazar Candia | Gerardo |
| 660 | Zarate Bocanegra | Daniel Alejandro |
| 661 | Zarate Bocanegra | Luis Eduardo |
| 662 | Zarco | Marcelino R |
| 663 | Zarinana Arizmendi | Jesus A |
| 664 | Zenon Pablo | Gerardo |
| 665 | Zepeda Pedroza | Nestor |
| 666 | Zinedine Sanchez | Hazel R |

COMPLAINT
Case No.

-31-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767