MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
Counsel for Wage and Hour
JENNIFER L. STA.ANA
Trial Attorney (Cal. Bar No. 307977)
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7767
Fax: (415) 625-7772
Email: staana.jennifer.l@dol.gov

*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL FLORAL LLC, a Washington corporation; JIM MILGARD, JR., an individual; and SCOTT SCHAUER, an individual, <br><br> Defendants. | Case No. 3:24-cv-05220 <br><br> **CERTIFICATE OF SERVICE OF COMPLAINT** |

CERTIFICATE OF SERVICE
OF COMPLAINT
Case No. 3:24-cv-05220

-1-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767

Case 3:24-cv-05220-BHS   Document 2   Filed 03/21/24   Page 2 of 2

I hereby certify that on March 21, 2024, I electronically filed the foregoing **Complaint for Violations of the Fair Labor Standards Act and Migrant and Seasonal Agricultural Worker Protection Act** and the **Civil Cover Sheet** with the Clerk of the Court of the Western District of Washington using the CM/ECF system. I also hereby certify that I have electronically mailed the documents to the following non CM/ECF participants to effectuate proper service as agreed upon by the parties:

Gregor A. Hensrude
Scott Johnson
Klinedinst Seattle
1200 Fifth Avenue, Suite 1750
Seattle, WA 98101
GHensrude@Klinedinstlaw.com
sjohnson@klinedinstlaw.com

*Attorneys for Defendants*

Dated: March 21, 2024

*/s/ Jennifer L. Sta.Ana*
JENNIFER L. STA.ANA

CERTIFICATE OF SERVICE
OF COMPLAINT
Case No. 3:24-cv-05220

-2-

US DOL, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7767